UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALVIN MAGEE** | * | **CIVIL ACTION NO. 21-00680** |
| | * | |
| **VERSUS** | * | **JUDGE JANE TRICHE MILAZZO** |
| | * | |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA** | * * | **MAGISTRATE JUDGE DANA DOUGLAS** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the above and foregoing Joint Motion (Doc. 21):

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 27th day of June, 2022.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT COURT JUDGE**